UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAMBRIDGE CHRISTIAN SCHOOL,
INC.,

    Plaintiff,

v.                                                 Case No: 8:16-cv-2753-T-36AAS

FLORIDA HIGH SCHOOL ATHLETIC
ASSOCIATION, INC.,

    Defendant.
_____/

**ORDER OF REFERRAL TO THE MAGISTRATE JUDGE**

    Pursuant to 28 U.S.C. § 636, the following motion is hereby **REFERRED** to Magistrate Judge Amanda Arnold Sansone who shall enter an order or submit a report and recommendation as to the appropriate disposition of this motion:

    1.    Plaintiff's Motion for Preliminary Injunction and Incorporated Memorandum of Law In Support Thereof (Doc. 9).

    **DONE AND ORDERED** in Tampa, Florida on October 4, 2016.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Magistrate Judge Amanda Arnold Sansone
Counsel of Record and Unrepresented Parties, if any