# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CAMBRIDGE CHRISTIAN
SCHOOL, INC.,

    Plaintiff

v.                                            Case No. 8:16-cv-2753-CEH-AAS

FLORIDA HIGH SCHOOL
ATHLETIC ASSOCIATION, INC.,

    Defendant.

_____

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION ON ENTITLEMENT TO ATTORNEY'S FEES

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Florida High School Athletic Association (the "FHSAA"), seeks a two-week extension of time, up to and including April 28, 2022, to file a motion on entitlement to attorney's fees under Local Rule 7.01(b). In support, the FHSAA states:

    1.    On March 31, 2022, the Court entered an Order granting the FHSAA's motion for summary judgment. (Doc. 167.)

    2.    The Court entered final judgment for the FHSAA in accordance with the Order later that day. (Doc. 168.)

    3.    This Court's rules provide that a party must file a motion on entitlement to attorney's fees and expenses within fourteen days after entry of judgment. M.D. Fla. L.R. 7.01(b). The motion on entitlement must "specif[y] the judgment and the statute, rule, or other ground entitling the movant to the award," "state[ ] the amount sought or provide[ ] a fair estimate of the amount sought," and "include[ ] a memorandum of law." *Id.*

4. Due to a variety of factors, including the press of other matters, and the research and investigation needed to, *inter alia*, prepare a "fair estimate" of the fees that may be sought, counsel for the FHSAA requires additional time to prepare a motion in accordance with Local Rule 7.01(b).

5. Accordingly, the FHSAA asks the Court to grant a brief, fourteen-day extension of time, up to and including April 28, 2022, for the FHSAA to file a motion under Local Rule 7.01(b).

6. No party will be prejudiced by the requested extension, as the case has been closed and there are no case deadlines or any other pending matters that would be delayed or otherwise affected by the requested extension.

## **MEMORANDUM OF LAW**

Rule 6(b)(1)(A) authorizes a court, on a showing of good cause, to extend the time for a party to perform an act before the deadline has expired. *See, e.g.*, *Sensi v. Fla. Officers of Court*, 737 F. App'x 433, 436 (11th Cir. 2018) (unpublished). This is a "'non-rigorous standard that has been construed broadly.'" *Jenkins v. McCalla Raymer, LLC*, No. 1:10-cv-3732, 2011 WL 13318624, at *5 (N.D. Ga. Apr. 19, 2011) (quoting *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010)). "[A]n application for extension of time under Rule 6(b)(1)(A) normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." 4B Wright & Miller, *Federal Practice & Procedure (Civil)* § 1165 (4th ed. Apr. 2022 update)

Good cause exists for the requested two-week extension here given the press of other matters for counsel for the FHSAA, as well as the investigation and analysis required to comply with the requirement under Local Rule 7.01(b) to provide a "fair estimate" of the amount in a case like this one that has spanned more than five years. Counsel for the FHSAA needs additional time to investigate and prepare its motion. This request is not made in bad faith, and no party will be prejudiced if the request is granted, particularly given that the case is closed and there are no other pending matters before the Court.

## CONCLUSION

For the foregoing reasons, the FHSAA asks the Court to extend the deadline to file a motion on entitlement to fees and costs under Rule 7.01(b) by fourteen days, up to and including April 28, 2022.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel for the FHSAA certifies that Daniel Mahfood, counsel for the FHSAA, conferred with Eliot Pedrosa, counsel for Plaintiff, Cambridge Christian School, Inc., about the requested extension and Mr. Pedrosa advised that Plaintiff does not agree to the requested extension. Counsel conferred by emails exchanged on April 11, 2022 and April 12, 2022.

Dated: April 12, 2022					Respectfully submitted,

**HOLLAND & KNIGHT LLP**

*/s/Judith M. Mercier*
Judith M. Mercier (FBN 32727)
judy.mercier@hklaw.com
Daniel Mahfood (FBN 94879)
daniel.mahfood@hklaw.com

> Holland & Knight LLP
> 200 South Orange Avenue, Suite 2600
> Orlando, Florida  32801
> Telephone:  (407) 425-8500
> Facsimile:   (407) 244-5288
>
> Leonard E. Ireland, Jr. (FBN 104630)
> Lireland@Clayton-Johnson.com
> Tbrehm@Clayton-Johnson.com
> Clayton-Johnson, P.A.
> 18 Northwest 33rd Court
> Gainesville, Florida  32607
> Telephone:  (352) 376-4694
> Facsimile:   (352) 371-7366
>
> *Counsel for Defendant, the Florida High School Athletic Association, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 12, 2022, I filed the foregoing using the Court's CM/ECF system, which will cause a copy to be served on counsel of record.

>   */s/Judith M. Mercier*
>   Attorney