UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CAMBRIDGE CHRISTIAN SCHOOL, INC.,**

    Plaintiff,
v.                                          **Case No.: 8:16-CV-2753-CEH-AAS**

**FLORIDA HIGH SCHOOL ATHLETIC ASSOCIATION, INC.,**

    Defendants.
_____/

## ORDER

Defendant Florida High School Athletic Association, Inc. (FHSAA), requests that the court enter an order finding FHSAA is entitled to attorney's fees under 42 U.S.C. § 1988 as to Plaintiff Cambridge Christian School, Inc. (Cambridge Christian)'s Free Exercise claim. (Doc. 177). The court previously granted Cambridge Christian's unopposed motion to defer consideration of all matters relating to attorney's fees and costs pending appeal. (*See* Docs. 174, 176).

Accordingly, FHSAA's motion for attorney's fees (Doc. 177) is **DENIED without prejudice** and with leave to re-file, if appropriate, within thirty days of the entry of a mandate by the Court of Appeals on Cambridge Christian's pending appeal.

1

**ORDERED** in Tampa, Florida on May 2, 2022.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge