# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11222

_____

CAMBRIDGE CHRISTIAN SCHOOL, INC.,

                    Plaintiff-Appellant,

*versus*

FLORIDA HIGH SCHOOL ATHLETIC
ASSOCIATION, INC.,

                    Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:16-cv-02753-CEH-AAS

_____

ORDER:

| 2 | Order of the Court | 22-11222 |
|---|---|---|

Jorge A. Perez Santiago's Motion to Withdraw as Counsel for the Plaintiff-Appellant Cambridge Christian School, Inc., is GRANTED.

/s/ Britt C. Grant
UNITED STATES CIRCUIT JUDGE