UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAMBRIDGE CHRISTIAN
SCHOOL, INC.,

    Plaintiff,
v.                                                            Case No: 8:16-cv-2753-CEH-AAS

FLORIDA HIGH SCHOOL
ATHLETIC ASSOCIATION,
INC.,

    Defendant.
_____/

## ORDER

This matter comes before the Court on remand from the United States Court of Appeals for the Eleventh Circuit (Doc. 185), mandate having issued on February 14, 2025 (Doc. 186). In the opinion, the appellate court vacated the judgment in favor of the Florida High School Athletic Association ("FHSAA") on Cambridge Christian's claims for declaratory and injunctive relief and remanded with instructions that those claims should be dismissed for lack of subject matter jurisdiction. *See* Doc. 185 at 51. The appellate court otherwise affirmed the grant of summary judgment in favor of FHSAA on Cambridge Christian's free speech and free exercise claims. *Id.* at 52. Accordingly, Cambridge Christian's claims for declaratory and injunctive relief are dismissed for lack of subject matter jurisdiction.

**DONE AND ORDERED** in Tampa, Florida on February 24, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies to: Counsel of Record and Unrepresented Parties, if any